1  Richard L. Elmore (NSB #1405)
   relmore@hollandhart.com
2  HOLLAND & HART LLP
   5441 Kietzke Lane, Second Floor
3  Reno, Nevada 89511
   Telephone: (775) 327-3000
4  Facsimile: (775) 786-6179

5  J. Lee Gray (Admitted *pro hac vice*)
   lgray@hollandhart.com
6  HOLLAND & HART LLP
   6380 South Fiddlers Green Circle, Suite 500
7  Greenwood Village, Colorado 80111
   Telephone: (303) 290-1600
8  Facsimile: (303) 290-1606
   **Admitted Pro Hac Vice**

9
   Attorneys for Defendant Roy A. Walker
10

```
                    FILED ____           ____ RECEIVED
                    ____ ENTERED         ____ SERVED ON
                                         COUNSEL/PARTIES OF RECORD

                           SEP 2 8 2011

                         CLERK US DISTRICT COURT
                           DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MB FINANCIAL BANK, N.A., a national banking corporation,, | Case No.: 3:10-CV-00636-RCJ-VPC |
| Plaintiff, | **SECOND JOINT MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| v. | |
| ROY A. WALKER, a Nevada resident, | |
| Defendant. | |

Plaintiff MB Financial Bank, N.A. ("MB Financial") and Defendant Roy A. Walker ("Walker") (collectively, the "Parties"), jointly move the Court for an order granting the Parties an additional fourteen days, through and including October 12, 2011, to file dispositive motions. The Parties likewise request a corresponding extension of the Joint Pretrial Order deadline. In support of this motion, the Parties respectfully state as follows:

*Procedural Background*

1. Pursuant to the Court's January 12, 2011 [Dkt. 69] Order, the following deadlines have been established: (1) Fact discovery deadline - April 29, 2011; (2) Disclosure of

1

expert witnesses - May 31, 2011; (3) Disclosure of rebuttal experts - June 28, 2011; (4) Deadline to complete depositions - July 27, 2011; (5) Dispositive motions deadline - August 29, 2011; and (6) Joint pretrial order deadline - September 30, 2011.

2. At this time, all necessary discovery has been completed. In particular, the parties, respectively, have completed written discovery, produced all requested discoverable documents in their possession, and have engaged in third-party discovery. The Parties have also completed all depositions. Neither Party intends to introduce expert witnesses at trial.

### *The Parties Have Engaged in Good Faith Settlement Negotiations*

3. On or about July 26, 2011, and in furtherance of the ongoing settlement negotiations, the Parties met in-person in Reno, Nevada. At the conclusion of the meeting Walker made a good faith counter-proposal to MB Financial that involved the exchange of title to certain real property.

4. The Parties believe there is a realistic possibility of settlement. Unfortunately, due to the inclusion of the real-property as part of a settlement, certain time-consuming preliminary tasks must be performed as part of the Parties' negotiations.

5. For example, internal procedures at MB Financial require a full appraisal of the real property described above. This appraisal has been completed, but delayed MB rendering it unable to provide its response to Walker's settlement proposal prior to September 22, 2011.

6. In addition, because Walker owns the real property in question jointly with a third-party, he must first negotiate acquisition of the entire property prior to responding to MB's counter-offer.

7. The Parties both believe that they are getting close to a successful resolution of this case. But the Parties require additional time to complete the tasks necessary include the real property as partial consideration of a settlement.

2

*Good Cause Exists for this Requested Extension*

8. The Parties have and continue to actively negotiate an amicable resolution to the matter in good faith. However, to the extent the Parties are ultimately unable to resolve their differences without the Court's involvement, they both intend to file dispositive motions as certain issues appear to be ripe for summary adjudication, and will streamline or obviate issues necessary for trial.

9. This is the second extension of time requested by the Parties and neither Party will be prejudiced by an extension.

10. In light of the above, good cause exists for this joint request for a brief, two-week extension of time.

WHEREFORE, MB Financial and Walker jointly request that the Court enter an order (1) extending the deadline within which the Parties must submit dispositive motions an additional fourteen days, through and including October 12, 2011, and (2) granting a corresponding extension of the Joint Pretrial Order deadline.

Dated this 26th day of September, 2011.

By: /s/ Lee Gray

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

6380 S. Fiddlers Green Cir., Suite 500
Greenwood Village, Colorado 80111

**Counsel for Roy A. Walker**

By: /s/ S. Jarret Raab

SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN LLC
S. Jarret Raab, IL #6294632
321 N. Clark Street, Ste. 800
Chicago, IL 60654

LEWIS AND ROCA, LLP
Laury M. Macauley, NV Bar #11413
50 West Liberty Street, Ste. 410
Reno, Nevada 89501

**Counsel for MB Financial Bank, N.A.**

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: September 28, 2011

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard L. Elmore relmore@hollandhart.com

Richard Allen Saldinger rsaldinger@shawgussis.com, msalazar@shawgussis.com

Peter J. Roberts proberts@shawgussis.com

Stephen J. Raab jraab@shawgussis.com

James Lee Gray lgray@hollandhart.com

By: /s/ J. Lee Gray

5242299_1.DOC

4