```
☑ FILED           ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

       AUG 2 1 2012

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  S. Jarret Raab, IL #6294632 *(admitted pro hac)*
   SHAW GUSSIS FISHMAN GLANTZ
2   WOLFSON & TOWBIN LLC
   321 N. Clark Street, Ste. 800
3  Chicago, IL  60654
   Telephone: (312) 541-0151
4  Facsimile:  (312) 980-3888
   jraab@shawgussis.com
5

6  Laury M. Macauley, NV Bar #11413
   LEWIS AND ROCA, LLP
7  50 West Liberty Street, Ste. 410
   Reno, Nevada 89501
8  Telephone: (775) 823-2900
   Facsimile:  (775) 823-2929
9  lmacauley@lrlaw.com

10 *Counsel for MB Financial Bank, N.A.*

11
                     UNITED STATES DISTRICT COURT
12                        DISTRICT OF NEVADA

13 MB Financial Bank, N.A.,
   a National Banking Association,        Case No. 3:10-CV-00636-RCJ-VPC
14
                  Plaintiff,              **STIPULATION OF DISMISSAL**
15
        v.
16
   Roy A. Walker, a Nevada Resident,
17
                  Defendant.
18

19      It is hereby stipulated and agreed by and among the parties to this litigation,

20 pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims asserted by

21
   Plaintiff MB Financial Bank, N.A. ("MB Financial") in the above-captioned matter are
22

23 hereby dismissed *with prejudice* with each party bearing its own attorneys' fees and

24 expenses.

25

26
                     *(signatures contained on following page)*
27

28

By: /s/ J. Lee Gray

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

6380 S. Fiddlers Green Cir., Suite 500
Greenwood Village, Colorado 80111

*Counsel for Roy A. Walker*

By: /s/ S. Jarret Raab

SHAW GUSSIS FISHMAN GLANTZ
 WOLFSON & TOWBIN LLC
S. Jarret Raab, IL #6294632
321 N. Clark Street, Ste. 800
Chicago, IL 60654

LEWIS AND ROCA, LLP
Laury M. Macauley, NV Bar #11413
50 West Liberty Street, Ste. 410
Reno, Nevada 89501

*Counsel for MB Financial Bank, N.A.*

IT IS SO ORDERED.

Date: 8-20-12

U.S. DISTRICT COURT JUDGE